FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

APR 28 2021

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | 2:19-CR-300-JCM-EJY |
|---|---|
| Plaintiff, | **Preliminary Order of Forfeiture** |
| v. | |
| DARREN EUGENE VADEN, | |
| Defendant. | |

This Court finds Darren Eugene Vaden pled guilty to Count 1 of a 16-Count Criminal Indictment charging him with conspiracy to commit bank fraud in violation of 18 U.S.C. §§ 1344 and 1349. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds Darren Eugene Vaden agreed to the imposition of the in personam criminal forfeiture money judgment of $149,171.20 set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

To comply with *Honeycutt v. United States*, 137 S. Ct. 1626 (2017), the government reduced the in personam criminal forfeiture money judgment amount to $10,000.

The in personam criminal forfeiture money judgment is (1) any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. § 1344, or 18 U.S.C. § 1349, conspiracy to commit such offense and (2) any property constituting, or derived from, proceeds obtained directly or indirectly, as the result of violations of 18 U.S.C. § 1344, affecting a financial institution, or 18 U.S.C. § 1349,

conspiracy to violate and is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(2)(A); and 21 U.S.C. § 853(p).

This Court finds that Darren Eugene Vaden shall pay an in personam criminal forfeiture money judgment of $10,000 to the United States of America, not to be held jointly and severally liable with any codefendants and the collected money judgment amount between the codefendants is not to exceed $1,407,183.61 pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(2)(A); and 21 U.S.C. § 853(p).

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America recover from Darren Eugene Vaden an in personam criminal forfeiture money judgment of $10,000.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED April 28, 2021.

JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE