| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | TRANSFER OF JURISDICTION | 1:22-cr-00229-CNS-1 |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Dale Vaden | Colorado | |
| | NAME OF SENTENCING JUDGE | |
| | James C. Mahan, District of Nevada | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 04/13/2022 | TO 04/12/2027 |

**OFFENSE**

Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. 1349 and 18 U.S.C. 1344

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Mr. Vaden has been supervised in the District of Nevada since October 2022. The defendant has indicated no plans to return to Colorado and has continued with non-compliant behavior. The District of Nevada has requested jurisdiction to effectively address non-compliance.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   DISTRICT OF   COLORADO

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

October 15, 2024
*Date*                                                                 *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   DISTRICT OF   NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

October 18, 2024
*Effective Date*                                                       *United States District Judge*

1